UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD W. LESLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV01928 ERW |
| ) | |
| TROY STEELE, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Mary Ann Medler [doc. #28] pursuant to 28 U.S.C. § 636(b).

The Court notes that no objections were filed to the Report and Recommendation within the time period afforded by 28 U.S.C. § 636(b)(1). The Court has considered the Report and Recommendation and hereby sustains, adopts, and incorporates herein the Magistrate Judge's Report and Recommendation in its entirety.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner Richard W. Lesley's Petition for Writ of Habeas Corpus [doc. #1], Pro Se Motion for Reduction of Sentence [doc. #20], and Pro Se Motion to Introduce Evidence [doc. #26] are **DENIED**.

**IT IS FURTHER ORDERED** that the Court shall not issue a Certificate of Appealability as to any claim raised in Petitioner's § 2254 Petition.

Dated this 8th Day of October, 2009.

_E. Richard Webber_
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE